# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

    John B. King
    Cheryl H. King

                  Debtor(s)

Case No.: 1–03–11003–MJK
Chapter: 13

SSN: xxx–xx–3799
SSN: xxx–xx–1759

Brain J. Dilks, Managing Member
Dilks & Knopik, LLC, Attorney in fact for
RBS Citizens, National Association
35308 Se Center St
Snoqualmie, WA 98065

    Enclosed is your application to request payment for unclaimed funds. It is being returned to you for the following reason(s):

[   ]   Case Title and/or case number was not provided with original application.

[   ]   Affidavit is not dated.

[   ]   Claimant's current address was not provided with original affidavit.

[   ]   Claimant must state why check was not presented for payment at the time of original issuance.

[   ]   Requested amount of reimbursement must be stated on affidavit.

[   ]   Affidavit must state that reimbursement checks will be "made payable to claimant only," that the "claimant is in fact due the monies," and that all information provided is done so "under penalty of perjury."

[   ]   Affidavit must be notarized.

[   ]   Notarized Power of Attorney is required for all claimants using a second party to reclaim funds. All corporations must also submit an affidavit stating that claimant is aware of State Law Requirements for being a personal representative of the corporation.

[   ]   Documentation to substantiate claimant name change from original disbursement is needed.

[   ]   Documentation of Certificate of Service to the U.S. Attorney was not provided with application.

[   ]   Required Tax Identification Number or Social Security Number was not provided with application.

[ X ]   Other: You supplied the Court with information regarding the name change for Charter One Mortgage Corp. Please provide name change information for the original creditor Charter One Auto Finance. The Corporate seal is missing from the Authority to Act or the Limited Power of Attorney. All checks will be disbursed to the address listed in the Affidavit. The AO213–NYW form should be consistent with the address to disburse funds. The Creditor should sign the form.

    If you have any further questions, please call the Court at 716–362–3200.

Date: January 11, 2013                                 Lisa Bertino Beaser
                                                                   Clerk of Court

Enclosures

Form dfyuncla/Doc 38
www.nywb.uscourts.gov